```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-cv-03534-WBS-EFB |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
|  | ) **FOR PUBLICATION** |
| v. | ) |
| 2005 HARLEY DAVIDSON ROAD KING MOTORCYCLE, VIN: 1HD1JDB345Y082418, LICENSE NUMBER: 4TENNY, | ) |
| Defendant. | ) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

Application and Order for Publication

1

1    3.   The defendant 2005 Harley Davidson Road King Motorcycle, VIN: 1HD1JDB345Y082418, License Number: 4TENNY (hereafter "defendant motorcycle") was seized in the city of Sacramento, in Sacramento County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant motorcycle on September 14, 21, and 28, 2009, in *The Wall Street Journal*.

4.   Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the seizure/posting;

        (3)   The identity and/or description of the property seized/posted;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 12/21/09                         BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                        Assistant U. S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE