```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) 2:09-CV-03534-WBS-EFB
                                   )
12           Plaintiff,            ) FINDINGS AND RECOMMENDATIONS
                                   )
13      v.                         )
                                   )
14  2005 HARLEY DAVIDSON ROAD KING )
    MOTORCYCLE, VIN: 1HD1JDB345Y082418,)
15  LICENSE NUMBER: 4TENNY,        )
                                   )
16           Defendant.            )
                                   )
17
```

18      This matter came before the Honorable Judge Edmund F.
19 Brennan on plaintiff United States' *ex parte* motion for default
20 judgment.  There was no appearance by or on behalf of any other
21 person or entity claiming an interest in the defendant motorcycle
22 to oppose plaintiff's motion.  Based on plaintiff's motion and
23 the files and records of the court, THE COURT FINDS as follows:
24      1.  This action arose out of a Verified Complaint for
25 Forfeiture *In Rem* filed December 21, 2009.
26      2.  Plaintiff United States of America has moved this Court,
27 pursuant to Local Rule 540, for entry of default judgment of
28 forfeiture against potential claimants Justina Denise Mays,

Terrill Lamar Robinson and Jacqueline Wilburn.

3. The Clerk entered default against potential claimants Justina Denise Mays, Terrill Lamar Robinson and Jacqueline Wilburn on March 23, 2010.

4. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Justina Denise Mays, Terrill Lamar Robinson and Jacqueline Wilburn received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That plaintiff's motion for default judgment and final judgment of forfeiture be granted.

2. That a judgment by default be entered against any right, title or interest of potential claimants Justina Denise Mays, Terrill Lamar Robinson and Jacqueline Wilburn in the defendant motorcycle.

3. That a final judgment be entered, forfeiting all right, title and interest in the defendant motorcycle to the United States of America, to be disposed of according to law.

4. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable William B. Shubb and filed by the Clerk of the Court.

Dated: May 4, 2010.

EDMUND F. BRENNAN
United States Magistrate Judge